In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-16-00316-CR**
_____

**DORIAN MICHAEL WESTBROOKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 15-21488**

**MEMORANDUM OPINION**

Dorian Michael Westbrooks (Appellant) has filed a motion to dismiss this appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by Westbrooks personally and joined by Appellant's counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

1

APPEAL DISMISSED.

_____

LEANNE JOHNSON
Justice

Submitted On November 1, 2016
Opinion Delivered November 2, 2016
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.